THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH ANTWINE, Appellant.

Submitted January 8, 2007; decided January 11, 2007

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE HERNANDEZ, Appellant.

Submitted January 8, 2007; decided January 11, 2007

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN R. LAGANA, Appellant.

Submitted January 8, 2007; decided January 11, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.